UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN MARCELLINE,

                Plaintiff,

          -against-

THE CITY OF NEW YORK, NYPD 9TH
PRECINCT; QUALITY AUTOMOTIVE
SERVICES INC.; UNKNOWN NYPD
OFFICERS,

              Defendants.

25-CV-10830 (LTS)

ORDER DIRECTING PAYMENT OF FEE
OR AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted a document styled as an IFP application, but the information provided does not establish that he is unable to pay the filing fees. In the application, Plaintiff states that he "is currently experiencing financial hardship due to towing fees, loss of housing, and inability to work." (ECF No. 2.) It does not include information related to income from sources other than employment or any valuable property in Plaintiff's possession, if any. Thus, the Court is unable to conclude that Plaintiff is unable to pay the filing fees.

Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit an amended IFP application. If Plaintiff submits the amended IFP application, it should be labeled with docket number 25-CV-10830, and address the deficiencies described above by providing facts to establish that he is unable to pay the filing fees. If the

Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 9, 2026
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____ CV _____ ( ) ( )

(Enter docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings or give security therefor, and I believe that I am entitled to the relief requested. In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated:_ I am being held at: _____

   If I am a prisoner, _see_ 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. _See_ 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?     ☐ Yes     ☐ No

   My employer's name and address are:

   My gross monthly pay or wages are: $ _____

   If you are not presently employed, what was your last date of employment? _____

   My gross monthly wages at the time were: $ _____

3. _Other Income._ In the past 12 months, I have received income from the following sources (_check all that apply_):

   | | | |
   |---|---|---|
   | (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
   | (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
   | (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
   | (d) Disability or worker's compensation payments | ☐ Yes | ☐ No |
   | (e) Gifts or inheritances | ☐ Yes | ☐ No |
   | (f) Any other public benefits | ☐ Yes | ☐ No |
   | (f) Any other sources | ☐ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4.  Amount of money that I have in cash or in a checking, savings, or inmate account: $ _____ .

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

7.  Names of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support (only provide initials for minors under 18):

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:*  I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

| | |
|---|---|
| Dated | Signature |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |

| | | | |
|---|---|---|---|
| Address | City | State | Zip Code |

| | |
|---|---|
| Telephone Number | E-mail Address (if available) |